WOOD JENKINS LLC
Richard J. Armstrong, Nev. 9356
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 366-6060
Facsimile: (801) 366-6061
www.woodjenkinslaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MECHANICAL INSULATION SPECIALISTS, INC., a Nevada corporation, | ***ORDER OF DISMISSAL WITH PREJUDICE*** |
| Plaintiff, | |
| v. | Civil No. 2:10-cv-1621 |
| ELITE INSULATION, LLC, a Utah limited liability company, and KEITH NOYES, an individual, | Judge Lloyd D. George |
| | Magistrate Judge Lawrence R. Leavitt |
| Defendants. | |

This matter came before the Court on the Parties' *Stipulated Motion for Dismissal with Prejudice*.  Based on that motion and for good cause appearing therefor, this Court hereby

ORDERS, ADJUDGES, AND DECREES that this case, in its entirety, is dismissed with prejudice.

DATED this 2 day of Sept, 2011.

BY THE COURT

_____
Lloyd D. George, Judge
United States District Court
District of Nevada